1  DALEY & HEFT
   WILLIAM D. BROWN, ESQ. (STATE BAR NO. 125468)
2  SCOTT NOYA, ESQ. (STATE BAR NO. 137978)
   CHRISTINE J. GRACCO, EQ. (STATE BAR NO. 213980)
3  462 STEVENS AVENUE, SUITE 201
   SOLANA BEACH, CA  92075
4  PHONE:  (858) 755-5666

**OK/HAV**

Attorneys for Plaintiff/Counterclaim Defendant,
THE REDEVELOPMENT AGENCY
OF THE CITY OF STOCKTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 100,,<br><br>Defendants.<br>_____<br>UNION PACIFIC RAILROAD COMPANY and BNSF RAILWAY COMPANY,<br><br>Counterclaimants,<br><br>v.<br><br>THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON,<br><br>Counterclaim Defendant. | Case No. 2:05-CV-02087 DFL-JFM<br><br>**STIPULATION AND ORDER RE: REVISED SCHEDULING ORDER** |

Pursuant to Judge Levi's Order issued on April 11, 2006, the parties hereby stipulate to the following revised Scheduling Order:

Expert Disclosure:                             10/13/06

Rebuttal Expert Disclosure:                    10/27/06

1

Case No. 2:05-CV02087 DFL-JFM

| | | |
|---|---|---|
| 1 | Discovery Completion: | 12/21/06 |
| 2 | Last Day to file dispositive motions: | 12/21/06 |
| 3 | Hearing on dispositive motions: | 1/31/07; 10:00 a.m. |
| 4 | Final pre-trial conference: | 3/9/07; 2:00 p.m. |
| 5 | Trial: | 4/16/07; 8:30 a.m. |

The parties hereby accept the above revised dates.

DATED: June 19, 2006       BARG COFFIN LEWIS & TRAPP, LLP


BY:____/s/ Original Retain by Plaintiff_____
R. MORGAN GILHULY
ESTIE A. MANCHIK
Attorneys for Defendants and
Counterclaimants BNSF RAILWAY COMPANY
sued herein as BURLINGTON NORTHERN
AND SANTA FE RAILWAY CORPORATION, and
UNION PACIFIC RAILROAD COMPANY

DATED: June 19, 2006       DALEY & HEFT, LLP


BY: :____/s/ Original Retain by Plaintiff_____
WILLIAM D. BROWN
SCOTT NOYA
CHRISTINE J. GRACCO
Attorneys for Plaintiff/Counterclaim Defendant, THE
REDEVELOPMENT AGENCY OF THE CITY OF
STOCKTON

## **ORDER**

Pursuant to the above stipulation, the revised Scheduling Order is hereby adopted by this court.

DATED: 6/26/2006         /s/ David F. Levi
DAVID F. LEVI
United States District Judge