```
1  DALEY & HEFT
   WILLIAM D. BROWN, ESQ. (125468)
2  SCOTT NOYA, ESQ. (137978)
   SEAN M. PICCOLA, ESQ. (232487)
3  462 STEVENS AVENUE, SUITE 201        OK/HAV
   SOLANA BEACH, CA  92075
4  PHONE:  (858) 755-5666

5

6  Attorneys for Plaintiff/Counterclaim Defendant
   THE REDEVELOPMENT AGENCY
7  OF THE CITY OF STOCKTON
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>      Plaintiff,<br><br>  v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 100,<br><br>      Defendants.<br>_____<br><br>UNION PACIFIC RAILROAD COMPANY and BNSF RAILWAY COMPANY,<br><br>      Counterclaimants,<br><br>  v.<br><br>THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON,<br><br>      Counterclaim Defendant.<br>_____ | Case No. 2:05-CV-02087-DFL-JFM<br><br>**STIPULATION AND ORDER RE: CONTINUATION OF PRE-TRIAL DATES** |

    WHEREAS the parties stipulated to a pretrial and trial schedule and the Court entered a Scheduling Order on June 26, 2006 based on the parties' stipulation;

1  WHEREAS the Scheduling Order set expert disclosure for
2  October 13, 2006, rebuttal expert disclosure for October 27,
3  2006, discovery completion for December 21, 2006, last day to
4  file dispositive motions for December 21, 2006, and hearing on
5  dispositive motions on January 31, 2007;
6  WHEREAS plaintiff is currently conducting ongoing site
7  investigation activities and the parties therefore require
8  additional time for the preparation of expert reports;
9  THEREFORE, IT IS HEREBY STIPULATED, by and between the
10 parties, through their attorneys of record, that the above-
11 referenced dates set in the Scheduling Order dated June 26, 2006
12 shall be extended by three weeks to:
13     Expert disclosure:                      November 3, 2006
14     Rebuttal expert disclosure:             November 17, 2006
15     Discovery completion:                   January 11, 2007
16     Last day to file dispositive motions:   January 11, 2007
17     Hearing on dispositive motions:         February 28, 2007
18     at 10:00 a.m.
19     Joint pretrial statement filed by:      March 23, 2007
20     Final Pretrial Conference:              March 30, 2007 at
21     3:00 p.m.
22     Trial date:                             May 14, 2007 at
23     8:30 a.m.
24 DATED: October 17, 2006        DALEY & HEFT
25
26
27
28

2
STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF PRE-TRIAL
DATES                                           2:05-CV-02087-DFL-JFM
436603.1

```
                BY: /s/ Sean M. Piccola (as authorized on 10/11/2006)
                            WILLIAM D. BROWN
                            SCOTT NOYA
                            SEAN M. PICCOLA
                            Attorneys for Plaintiff and
                            and Counterclaim Defendant,
                            THE REDEVELOPMENT AGENCY OF
                            THE CITY OF STOCKTON

DATED: October 11, 2006     BARG COFFIN LEWIS & TRAPP, LLP


                BY:/s/ Estie A. Manchik
                            R. MORGAN GILHULY
                            ESTIE A. MANCHIK
                            Attorneys for Defendants and
                            Counterclaimants BNSF RAILWAY
                            COMPANY, sued herein as
                            BURLINGTON NORTHERN AND SANTA
                            FE RAILWAY CORPORATION, and
                            UNION PACIFIC RAILROAD COMPANY
```

### ORDER

Pursuant to the above stipulation, expert disclosure is hereby set for November 3, 2006, rebuttal expert disclosure is hereby set for November 17, 2006, discovery completion is hereby set for January 11, 2007, the last day to file dispositive motions is hereby set for January 11, 2007, and hearing on dispositive motions is set for February 28, 2007 at 10:00 a.m. The joint pretrial statement shall be filed by March 23, 2007. The final pre-trial conference is reset to March 30, 2007 at 3:00 P.M.  Trial date is reset to May 14, 2007 at 8:30 a.m.

DATED: 10/16/2006

_____
DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28