UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, vs. BNSF RAILWAY COMPANY, et al | Civ.S-05-2087 DFL JFM<br><br>**NOTICE** |

**YOU ARE HEREBY NOTIFIED** that Judge Levi ordered the following schedule changes with respect to the above-entitled action:

Given defendants' reliance on the scheduling stipulation and order of October 16, 2006, defendants' motion to continue is GRANTED. Hearing on plaintiff's motion for summary judgment and renewed motion for preliminary injunction will take place on February 28, 2007 at 10:00 a.m.

Opposing and reply briefs shall be filed in accord with Local Rule 78-230.

As a result of this continuance, the final pretrial conference is reset to Friday, May 25, 2007 at 2:00 P.M. The parties joint pretrial statement shall be filed on or before May 18, 2007.

The trial date is reset to Monday, July 16, 2007 at 8:30 a.m.

Dated: November 15, 2006

                                                       Victoria C. Minor, Clerk
                                                       By:

                                                           /s/
                                        _____
                                                H. A. Vine
                                                Courtroom Clerk