UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:05-CV-02087-JKS-JFM<br><br>**ORDER RE: DEFENDANTS' MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)** |

Defendants BNSF RAILWAY COMPANY and UNION PACIFIC RAILROAD COMPANY ("Defendants") have moved for an order certifying the Court's Memorandum of Opinion and Order filed June 19, 2007 ("Order") for immediate interlocutory appeal pursuant to 28 U.S.C. § 1292(b). The Court, having reviewed the motion and supporting and opposing memoranda and declaration, finds that: (i) the issue of the appropriate standard for nuisance liability is a controlling issue of law in this case; (ii) there is substantial ground for difference of opinion on the issue; and (iii) an interlocutory appeal will materially speed the termination of this litigation. The motion is therefore GRANTED.

IT IS SO ORDERED.

DATED: July 23, 2007.

/s/James K. Singleton, Jr.
UNITED STATES DISTRICT JUDGE