UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body corporate and politic,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 100,<br><br>　　　　　Defendants,<br>_____<br>And RELATED CROSS-ACTIONS | Case No.: 2:05-CV-02087-JAM-JFM<br><br>**[PROPOSED] ORDER** |

　　　Based upon the joint status statement submitted by the Parties, Defendants' Motion to Amend shall be continued.  The new hearing date is Wednesday, July 23, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

**DATED:  5/7/2008**

　　　　　　　　　　　　　　　　　　　　　**/s/ John A. Mendez**
　　　　　　　　　　　　　　　　　　　　　The Hon. John A. Mendez
　　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com