IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body corporate and politic,

    Plaintiff,

  v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 100,

    Defendants.
_____/

No. 2:05-CV-02087 JAM KJM

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS

    The matter before the Court is Burlington Northern and Santa Fe Railway Corporation and Union Pacific Railroad Company's ("Defendants") Motion for Leave to File First Amended Counterclaims pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.[1]  Defendants' Motion herein is opposed by

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. L.R. 78-230(h).

1

Plaintiff, The Redevelopment Agency of the City of Stockton ("RAS").  After carefully considering the papers submitted in this matter, it is hereby ordered that leave to file first amended counterclaims, pursuant to Rule 15(a), is GRANTED. Ninth Circuit precedent liberally interpreting Rule 15's mandate establishes that leave to amend should be freely given when justice so requires. See, e.g. <u>Amerisource Bergen Corp. v. Dialysist West, Inc.</u>, 465 F.3d 946, 951 (9th Cir. 2006).

Although RAS has raised a number of valid arguments in its opposition, these arguments appear to primarily address the merits of Defendants' proposed amended counterclaim and are better suited for a motion for summary judgment.  Accordingly, Defendants' motion herein is granted because the Court finds that the proposed amendment would not cause undue prejudice to RAS, is not sought in bad faith, would not produce undue delay, and is not futile. However, the Court grants Defendants' motion only on the following conditions:

1. Defendants are to file and serve the First Amended Counterclaim within twenty (20) days of this Order.
2. RAS will be permitted to reopen discovery on the First Amended Counterclaim, but such discovery will be limited to the new allegations concerning attorneys' fees incurred by Defendants in identifying potentially responsible parties.

3. Defendants will not be permitted to reopen or conduct any further discovery on RAS' claims.

4. RAS must complete its discovery on or before September 30, 2008.

5. RAS will be permitted to file a motion for summary judgment on Defendants' amended counterclaim for attorneys' fees following the completion of discovery, if it so chooses. Any such motion must be filed no later than October 31, 2008.

IT IS SO ORDERED.

Dated: July 23, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE