JOHN F. BARG (SBN 60230; jfb@bcltlaw.com)
R. MORGAN GILHULY (SBN 133659; rmg@bcltlaw.com)
DONALD E. SOBELMAN (SBN 184028; des@bcltlaw.com)
ESTIE A. MANCHIK (SBN 239532; eam@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Defendants and Counterclaimants
BNSF RAILWAY COMPANY, sued herein as BURLINGTON
NORTHERN AND SANTA FE RAILWAY CORPORATION,
and UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:05-CV-02087-JAM-JFM<br><br>**STIPULATION AND ORDER RESCHEDULING SETTLEMENT CONFERENCE**<br><br>Judge:    Hon. John A. Mendez<br>Location: Courtroom No. 6, 14th Floor |

WHEREAS, on August 4, 2008, the Court signed a Status (Pretrial Scheduling) Order that set a schedule for, among other events, a mandatory, settlement conference before the Honorable John F. Moulds on September 25, 2008, at 1:30 p.m.;

///

///

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS counsel for defendants Union Pacific Railroad Company and BNSF Railway Company (collectively "Railroads") has a pre-planned vacation scheduled in Quebec, Canada from September 13 through September 28, 2008;

WHEREAS, Railroads' counsel has contacted the clerk for Magistrate Moulds, and Magistrate Moulds is available for a settlement conference on November 6, 2008 at 1:30 p.m., which is the earliest date after September 25, 2008 on which Railroads' client representatives and counsel are available for a mandatory settlement conference; and

WHEREAS, Plaintiff's counsel have agreed to to reschedule the mandatory settlement conference to November 6, 2008;

THEREFORE, the parties, through their attorneys of record, hereby stipulate and respectfully request that the Court order that the mandatory settlement conference originally scheduled for September 25, 2008 at 1:30 p.m. shall be rescheduled to November 6, 2008 at 1:30 p.m., before the Honorable John F. Moulds.

DATED: August 11, 2008           BARG COFFIN LEWIS & TRAPP LLP


                                   /s/ R. Morgan Gilhuly
                                  R. MORGAN GILHULY

                                 Attorneys for Defendants BNSF RAILWAY
                                 COMPANY, sued herein as BURLINGTON
                                 NORTHERN AND SANTA FE RAILWAY
                                 CORPORATION, and UNION PACIFIC
                                 RAILROAD COMPANY


DATED: August 11, 2008           DALEY & HEFT

                                 /s/ Christine J. Gracco (as authorized on 08/11/08)
                                     CHRISTINE J. GRACCO

                                 Attorneys for Plaintiff/Counterclaim Defendant
                                 THE REDEVELOPMENT AGENCY OF THE
                                 CITY OF STOCKTON

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Pursuant to the above stipulation, the Mandatory Settlement Conference before Magistrate Judge Moulds, originally scheduled for September 25, 2008 at 1:30 p.m., is rescheduled for November 6, 2008 at 1:30 p.m.

DATED: August 11, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com