1  JOSEPH A. SALAZAR, JR., SB# 169551
    E-Mail: jsalazar@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   2850 Gateway Oaks Drive, Suite 450
3  Sacramento, California 95833
   Telephone: (916) 564-5400
4  Facsimile: (916) 564-5444

5  Attorneys for Plaintiff, THE REDEVELOPMENT
   AGENCY OF THE CITY OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:05-CV-02087 JAM JFM<br><br>**STIPULATION and ORDER REGARDING USE OF DEPOSITION TRANSCRIPTS AT TRIAL**<br><br>TRIAL DATE: February 23, 2009 |
|---|---|

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES that any party may use a certified copy of any deposition transcript taken in this matter in lieu of an original, irrespective of whether any such copy of a deposition transcript is sealed, and that, in complying with Section XVI.B of the Amended Pretrial

/ / /

/ / /

/ / /

4819-6566-3491.1                                            -1-
**STIPULATION AND ORDER REGARDING USE OF DEPOSITION TRANSCRIPTS AT TRIAL**

1  Conference Order, the parties may also file or lodge copies with the Clerk of the
2  Court.
3
4  DATED: February 17, 2009            **LEWIS BRISBOIS BISGAARD & SMITH LLP**
5
6                                      By:  _/ s / Joseph A. Salazar, Jr._
7                                           Joseph A. Salazar, Jr.
                                             Attorneys for Plaintiff THE REDEVELOPMENT
                                             AGENCY OF THE CITY OF STOCKTON
8
9  DATED: February 17, 2009            **BARG COFFIN LEWIS & TRAPP LLP**
10
11                                     By:  _/ s / R. Morgan Gilhuly_
                                             R. MORGAN GILHULY
12                                           Attorney for Defendants and Counterclaimants
                                             BNSF RAILWAY COMPANY, sued herein as
13                                           BURLINGTON NORTHERN AND SANTA FE
                                             RAILWAY CORPORATION, and UNION PACIFIC
14                                           RAILROAD COMPANY
15
16
17                                    **ORDER**
18     The above stipulation pertaining to the use of depositions is accepted by the Court and
19  adopted as an Order.
20
21  DATED: 02/18/2009
                                        /s/ John A. Mendez
22                                      UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28