1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH A. SALAZAR, JR., SB# 169551
2  E-Mail: jsalazar@lbbslaw.com
   2850 Gateway Oaks Drive, Suite 450
3  Sacramento, California 95833
   Telephone: (916) 564-5400
4  Facsimile: (916) 564-5444

5  Attorneys for Plaintiff, THE REDEVELOPMENT
   AGENCY OF THE CITY OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>    Plaintiff,<br><br>    v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAIL WAY CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 100,<br><br>    Defendants. | CASE NO. 2:05-CV-02087-JAM-JFM<br><br>REQUEST FOR EXTENSION OF TIME PURSUANT TO STIPULATION and ORDER EXTENDING TIME FOR POST TRIAL BRIEF<br><br>The Non. John A. Mendez<br>Courtroom No. 6<br>14th Floor |

The parties herein respectfully request that this Court grant an extension of time within which to file the Post Trial Brief, Proposed Finding of Facts and Conclusion of Law pursuant to the parties Stipulation as set forth below, requiring the new filings be no later than Friday, April 3rd, 2009.

///

///

///

///

///

IT IS HEREBY STIPULATED AND AGREED UPON BY THE PARTIES that the date of filing the Post Trial Brief, Proposed Finding of Facts and Conclusion of Law, currently set for March 27, 2009, be set out one week. The new deadline for filing the Post Trial Brief, Proposed Finding of Facts and Conclusion of Law will be Friday, April 3, 2009.

SO STIPULATED.

DATED: March 23, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

/ s / Joseph A. Salazar, Jr.

By _____
Joseph A. Salazar, Jr.
Attorneys for Plaintiff, THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON

DATED: March 23, 2009     BARG COFFIN LEWIS & TRAPP LLP

/ s / R. Morgan Gilhuly

By _____
R. MORGAN GILHULY
Attorney for Defendants and Counterclaimants
BNSF RAILWAY COMPANY, sued herein as
BURLINGTON NORTHERN AND SANTA FE
RAILWAY CORPORATION, and UNION PACIFIC
RAILROAD COMPANY

## ORDER

The above stipulation extending time for post trial brief is accepted by the court and adopted as an Order. The new deadline for filing the Post Trial Brief, Proposed Finding of Facts and Conclusions of Law is now Friday, April 3, 2009.

Dated: March 24, 2009     /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE