**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR, JR., SB# 169551
E-Mail: jsalazar@lbbslaw.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Plaintiff, THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic, <br><br> Plaintiff, <br><br> v. <br><br> BURLINGTON NORTHERN AND SANTA FE RAIL WAY CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 100, <br><br> Defendants. | CASE NO. 2:05-CV-02087-JAM-JFM <br><br> REQUEST FOR EXTENSION OF TIME PURSUANT TO STIPULATION and ORDER EXTENDING TIME FOR FILING COST BILL <br><br> The Non. John A. Mendez <br> Courtroom No. 6 <br> 14th Floor |

The parties herein respectfully request that this Court grant an extension of time within which to file the Cost Bill pursuant to the parties Stipulation as set forth below, requiring the new filings be no later than Friday, July 24, 2009.

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED UPON BY THE PARTIES that the date of filing the Cost Bill, currently set for July 10, 2009, be set out two weeks. The new deadline for filing the Cost Bill will be Friday, July 24, 2009.

SO STIPULATED.

DATED: July 2, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

/ s / Joseph A. Salazar, Jr.

By _____
Joseph A. Salazar, Jr.
Attorneys for Plaintiff, THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON

DATED: July 2, 2009     BARG COFFIN LEWIS & TRAPP LLP

/ s / R. Morgan Gilhuly

By _____
R. MORGAN GILHULY
Attorney for Defendants and Counterclaimants BNSF RAILWAY COMPANY, sued herein as BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION, and UNION PACIFIC RAILROAD COMPANY

## ORDER

The above stipulation extending time for filing a Cost Bill is accepted by the court and adopted as an Order. The new deadline for filing the Cost Bill is now Friday, July 24, 2009.

Dated: 07/02/2009     /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE