JOHN F. BARG (State Bar No. 60230)
R. MORGAN GILHULY (State Bar No. 133659)
DONALD E. SOBELMAN (State Bar No. 184028)
ESTIE A. MANCHIK (State Bar No. 239523)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:   (415) 228-5400
Facsimile:    (415) 228-5450

Attorneys for Defendants and Counterclaimants
BNSF RAILWAY COMPANY, sued herein as BURLINGTON
NORTHERN AND SANTA FE RAILWAY CORPORATION,
and UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:05-CV-02087-JAM-JFM<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date:      September 23, 2009<br>Time:      9:00 a.m.<br>Dept.:     Courtroom 6<br>Judge:    Hon. John A. Mendez |

Plaintiff's Motion for Award of Attorneys' Fees and Costs, Docket 276, is currently set for hearing on September 9, 2009 at 9:00 a.m. in Courtroom No. 6.  Defendants have requested a continuance of the hearing on Plaintiff's Motion until September 23, 2009, and Plaintiff has agreed to this continuance.

Therefore, Plaintiff Redevelopment Agency of the City of Stockton and Defendants BNSF Railway Company and Union Pacific Railroad Company hereby stipulate, and request that

STIPULATION AND ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS   1
U.S.D.C. – E.D. Cal. Case No. 2:05-CV-02087-JAM-JFM

640973

PDF created with pdfFactory trial version www.pdffactory.com

1  the Court order, that the hearing date for Plaintiff's Motion for Award of Attorneys' Fees and
2  Costs shall be continued to September 23, 2009 at 9:00 a.m. Defendants' opposition to Plaintiff's
3  Motion will be due September 4, 2009, and Plaintiff's reply brief shall be due in accordance with
4  Local Rule 78-230.

Respectfully submitted,

DATED: August 7, 2009                BARG COFFIN LEWIS & TRAPP LLP


By:   /s/R. Morgan Gilhuly
         R. MORGAN GILHULY

Attorneys for Defendants BNSF RAILWAY
COMPANY, sued herein as BURLINGTON
NORTHERN AND SANTA FE RAILWAY
CORPORATION, and UNION PACIFIC
RAILROAD COMPANY


DATED: August 7, 2009                BROWN & WINTERS


By:  /s/Christine J. Gracco (as authorized 8/7/09)
         CHRISTINE J. GRACCO

Attorneys for Plaintiff/Counterclaim Defendant
THE REDEVELOPMENT AGENCY OF THE
CITY OF STOCKTON


IT IS SO ORDERED.

DATED:   August 7, 2009              /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com