JOHN F. BARG (State Bar No. 60230)
R. MORGAN GILHULY (State Bar No. 133659)
DONALD E. SOBELMAN (State Bar No. 184028)
ESTIE A. MANCHIK (State Bar No. 239523)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:   (415) 228-5400
Facsimile:    (415) 228-5450

Attorneys for Defendants and Counterclaimants
BNSF RAILWAY COMPANY, sued herein as BURLINGTON
NORTHERN AND SANTA FE RAILWAY CORPORATION,
and UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:05-CV-02087-JAM-JFM<br><br>**STIPULATION AND ORDER RE: PLAINTIFF'S COSTS AND ACCRUAL OF POST-JUDGMENT INTEREST** |

Plaintiff's Motion for Award of Attorneys' Fees and Costs, Docket 276, is currently set for further hearing, pursuant to the Court's October 21, 2009 minute order, Docket 303 ("Minute Order"), on November 4, 2009 at 9:00 a.m. The Court's Minute Order directed the parties to meet and confer regarding Plaintiff's claims for litigation expenses, taxable costs and statutory interest and if agreement could be reached to present a stipulation to the Court before the November 4 hearing. Counsel for the parties met and conferred by telephone on October 27, 29

STIPULATION AND ORDER RE: PLAINTIFF'S COSTS AND ACCRUAL OF POST-JUDGMENT INTEREST
U.S.D.C. – E.D. Cal. Case No. 2:05-CV-02087-JAM-JFM

1

640973

PDF created with pdfFactory trial version www.pdffactory.com

and 30, 2009 and have reached the agreement set forth below.

Without waiving any objections that either party may have to the Court's order on plaintiff's motion for attorneys' fees and costs, as set forth in the Court's Minute Order or in a subsequent order, the parties agree that plaintiff's costs, in the amounts set forth below, have been calculated consistent with the Court's ruling on plaintiff's motion for attorneys' fees, as set forth in the Minute Order, and that no other categories of costs or fees are recoverable.  The parties also waive further oral argument regarding plaintiff's motion for attorneys' fees and costs and agree that the motion may be deemed submitted.

**Taxable costs:**

| | |
|---|---:|
| Service of summons and subpoenas: | $1,584.35 |
| Court reporters' fees: | $16,462.01 |
| Witness fees: | $648.75 |
| Printing and copying fees: | $22,177.49 |

**Litigation expenses:**

| | |
|---|---:|
| Consultant and expert fees and costs: | $105,855.18 |
| Legal office expenses: | $12,365.86 |
| Travel costs: | $21,189.27 |

**Statutory interest:**

| | |
|---|---:|
| Interest on litigation expenses and taxable costs, as of 10/31/09: | $14,489.86 |
| Interest on attorneys' fees, as of 10/31/09: | $69,844.92 |
| Interest on GSE damages award, as of 7/1/09: | $26,961.21 |
| **Total:** | **$291,578.90** |

Furthermore, because the above calculation of costs includes interest on attorneys' fees, costs and litigation expenses through October 31, 2009, the parties agree and request that the Court order that any post-judgment interest that may be claimed by plaintiff with respect to the above amounts shall begin to accrue on November 1, 2009.

STIPULATION AND ORDER RE: PLAINTIFF'S COSTS AND ACCRUAL OF POST-JUDGMENT INTEREST
U.S.D.C. – E.D. Cal. Case No. 2:05-CV-02087-JAM-JFM

2

640973

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: November 2, 2009 | BARG COFFIN LEWIS & TRAPP LLP |
| | |
| | By:    s/R. Morgan Gilhuly<br>     R. MORGAN GILHULY |
| | Attorneys for Defendants BNSF RAILWAY COMPANY and UNION PACIFIC RAILROAD COMPANY |
| DATED: November 2, 2009 | BROWN & WINTERS |
| | By:  s/Christine J. Gracco (as authorized 11/2/09)<br>     CHRISTINE J. GRACCO |
| | Attorneys for Plaintiff/Counterclaim Defendant THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON |

## ORDER

Based on the stipulation of the parties, the Court hereby orders that that post-judgment interest that may be claimed by plaintiff with respect to the amounts awarded on plaintiff's motion for attorneys' fees and costs shall begin to accrue on November 1, 2009.

Dated: November 3, 2009              /s/ John A. Mendez
                                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: PLAINTIFF'S COSTS AND ACCRUAL OF POST-JUDGMENT INTEREST    3
U.S.D.C. – E.D. Cal. Case No. 2:05-CV-02087-JAM-JFM

640973

PDF created with pdfFactory trial version www.pdffactory.com