```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


THE REDEVELOPMENT AGENCY OF THE   )   Case No. 2:05-CV-02087 JAM-JFM
CITY OF STOCKTON, a public body,  )
corporate and politic,            )
                                  )          RELATED CASE ORDER
              Plaintiff,          )
                                  )
     v.                           )
                                  )
BURLINGTON NORTHERN AND SANTA FE  )
RAILWAY CORPORATION; UNION        )
PACIFIC RAILROAD COMPANY; and     )
DOES 1 through 100, inclusive,    )
                                  )
              Defendants.         )
BNSF RAILWAY COMPANY and UNION    )
PACIFIC RAILROAD COMPANY,         )
                                  )   Case No. 2:08-CV-02225 JAM-JFM
              Plaintiffs,         )
                                  )
     v.                           )
                                  )
STATE OF CALIFORNIA, CALIFORNIA   )
DEPARTMENT OF TRANSPORTATION,     )
                                  )
              Defendant.          )
THE REDEVELOPMENT AGENCY OF THE   )
CITY OF STOCKTON, a public body,  )   Case No. 2:10-CV-00634 LKK-KJN
corporate and politic,            )
                                  )
              Plaintiff,          )
                                  )
     v.                           )
                                  )
BURLINGTON NORTHERN AND SANTA FE  )
RAILWAY CORPORATION; UNION        )
PACIFIC RAILROAD COMPANY; and     )
```

1

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  DOES 1 through 100, inclusive,   )
                                     )
 2                    Defendants.    )
```

3      Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

9      The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

15      IT IS THEREFORE ORDERED that the action denominated 2:10-CV-00634-LKK-KJN be reassigned to Judge John A. Mendez and Magistrate Judge John F. Moulds for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:10-CV-00634-JAM-JFM.

21      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

24      IT IS SO ORDERED.

Dated:  April 20, 2010.                  /s/ John A. Mendez_____
                                         JOHN A. MENDEZ
                                         United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com