# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**REDEVELOPMENT AGENCY OF THE
CITY OF STOCKTON,**

CASE NO: **2:05−CV−02087−JAM−JFM**

v.

**BNSF RAILWAY COMPANY, ET AL.,**

<u>XX</u> −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/28/2011**

**Victoria C. Minor**
Clerk of Court

ENTERED: **July 28, 2011**

by: /s/ D. Waggoner
Deputy Clerk