UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body corporate and politic, | ) ) ) | Case No. 2:05-CV-02087 JAM-JFM |
| Plaintiff, | ) ) ) | ORDER GRANTING DEFENDANTS' MOTION TO AMEND JUDGMENT AND CONSOLIDATE COUNTERCLAIMS |
| v. | ) ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 100, | ) ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court on Defendants' BNSF Railway Company and Union Pacific Railroad Company (collectively "Defendants") Motion to Amend Judgment and Consolidate Counterclaims (Doc. #330). Defendants ask the Court to amend its Judgment (Doc. #327) pursuant to Federal Rules of Civil Procedure 59(e) and 42(b), in order to sever Defendants' counterclaims and consolidate them with Case No. 2:10-CV-000634-JAM-JFM. Plaintiff the Redevelopment Agency of the City of Stockton ("Plaintiff") filed a Statement of Non-Opposition to the motion (Doc. #331).[1]

---

[1] This matter was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). Oral argument was scheduled for November 2, 2011.

1   Having carefully considered the papers, the Court GRANTS

2   Defendants' motion.  Accordingly, the Court's Judgment of July 28,

3   2011 (Doc. #327) is hereby amended to sever Defendants'

4   counterclaims for equitable indemnity, contribution and declaratory

5   relief and consolidate them with Case No. 2:10-CV-00634-JAM-JFM.

6        IT IS SO ORDERED.

7   Dated: November 4, 2011

8   _____
    JOHN A. MENDEZ,
    UNITED STATES DISTRICT JUDGE